No. 96–865. BROWN ET AL. *v.* MENDEL. C. A. 11th Cir. Certiorari denied.

No. 96–866. GREY ET AL. *v.* MORRIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–867. BLYTHEVILLE COMPRESS CO., INC., ET AL. *v.* BANKERS TRUST CO. C. A. 6th Cir. Certiorari denied.

No. 96–869. COBB ET AL. *v.* BURLINGTON NORTHERN RAILROAD CO., INC. C. A. 11th Cir. Certiorari denied.

No. 96–870. CAMPBELL *v.* QUAD CITY TIMES. Ct. App. Iowa. Certiorari denied.

No. 96–872. OINESS ET AL. *v.* WALGREEN CO. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 96–875. HARRIS *v.* CITY OF HAMTRAMCK ET AL. Ct. App. Mich. Certiorari denied.

No. 96–877. STITT *v.* CNG TRANSMISSION CORP. C. A. 3d Cir. Certiorari denied.

No. 96–879. SOFFER *v.* BOARD OF TRUSTEES OF THE CITY UNIVERSITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–882. LOCHMAN ET UX. *v.* COUNTY OF CHARLEVOIX ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–884. TAKAHASHI *v.* LIVINGSTON UNION SCHOOL DISTRICT ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 96–885. SAATHOFF ET AL. *v.* FILENET CORP. C. A. 10th Cir. Certiorari denied.

No. 96–886. ERNST & YOUNG LLP *v.* KNAPP ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–887. WAKE COUNTY ET AL. *v.* EDWARD VALVES, INC. Sup. Ct. N. C. Certiorari denied.